IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CURTIS R. MELLOTT, Individually And On Behalf Of All Others Similarly Situated | ) ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:05-CV-1340-JTC |
| CHOICEPOINT INC., CHOICEPOINT INC. GROUP BENEFITS COMMITTEE, COMPENSATION AND BENEFITS COMMITTEE, TERRENCE MURRAY, JOHN J. HAMRE, JOHN B. McCOY, BONNIE G. HILL, JOHN H. KARR, STEVEN W. SURBAUGH, and JOHN DOES 1-50, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF AMENDMENT TO STIPULATION OF SETTLEMENT

Come now Curtis R. Mellott, ChoicePoint Inc., Terrence Murray, John J. Hamre, John B. McCoy, Bonnie G. Hill, John H. Karr, and Steven W. Surbaugh (collectively the "Parties") and hereby file the following amendment to the Stipulation of Settlement (the "Stipulation") (Docket No. 53).

On November 21, 2007, the Parties filed the Stipulation, which memorializes the terms of the proposed settlement in this action. The Parties have agreed to amend the Stipulation as follows:

LEGAL02/30912083v1

The "Release," paragraph eight on pages 13-15 of the Stipulation, is deleted in its entirety and replaced with the following:

> Except as provided in Paragraphs 11 and 30, upon Complete Settlement Approval, Plaintiff, Members of the Settlement Class, and the Plan (subject to review and approval by the Independent Fiduciary) shall release any and all claims of any nature whatsoever arising during the period between March 12, 2004 through and including February 6, 2006, the date of the filing of the Amended Complaint (including claims for any and all losses, damages, unjust enrichment, attorney fees, disgorgement of fees, litigation costs, injunction, declaration, contribution, indemnification or any other type or nature of legal or equitable relief) for losses suffered by the Plan, Plan participants, or beneficiaries ("Released Claims") (i) against any and all of the Defendants, and the current or former officers, directors, employees, insurers, attorneys, affiliates, subsidiaries, committees, managers, fiduciaries, or agents of any Defendant, including, without limitation, ChoicePoint Inc., and current or former members of its board of directors including, without limitation, Derek V. Smith, Douglas C. Curling, John J. Hamre, Kenneth G. Langone, John B. McCoy, Terrence Murray, Ray M. Robinson, Charles I. Story, M. Anne Szostak, and E. Renae Conley, and any fiduciary of the Plan during the Class Period ("Releasees"), whether accrued or not, whether already acquired or acquired in the future, whether known, unknown, or unsuspected, in law or equity, as well as any claim or right obtained by assignment, brought by way of demand, complaint, cross-claim, counterclaim, third party claim or otherwise, arising out of any or all of the acts, omissions, facts, matters, transactions or occurrences that are, were or could have been alleged, asserted, or set forth in the Amended Complaint or would be barred by principles of *res judicata* if the claims asserted in the Amended Complaint had been fully litigated and resulted in a final judgment in Defendants' favor, including but not limited to claims that Defendants and any fiduciaries of the Plan breached ERISA fiduciary duties in connection with (a) the acquisition and holding of ChoicePoint stock by the Plan or the Plan's participants, (b) the appointment and/or monitoring of the Plan's fiduciaries regarding the Plan's investment in ChoicePoint

stock, or (c) the provision of information to the Plan's fiduciaries or participants and beneficiaries of the Plan regarding ChoicePoint or ChoicePoint stock; and (ii) against the applicable Executive Protection Portfolio Fiduciary Liability Coverage Section Policy No. 8152-9857, or any other applicable policy, with respect to coverage for the Released Claims under clause (i) of this Paragraph 8.

Respectfully submitted this 15th day of August, 2008.

        /s/ Ronen Sarraf
Ronen Sarraf
Joseph Gentile
SARRAF GENTILE LLP
11 Hanover Square, 2nd Floor
New York, NY  10005
Telephone: (212) 868-3610
Facsimile:  (212) 918-7967

Kenneth J. Vianale
VIANALE & VIANALE LLP
2499 Glades Road, Suite 112
Boca Raton, FL  33431
Telephone:  (561) 392-4750
Facsimile:  (561) 392-4775

Thomas J. McKenna
GAINEY & MCKENNA
295 Madison Avenue, 4th Floor
New York, NY  10017
Telephone:  (212) 983-1300
Facsimile:  (212) 983-0383

Lisa Millican
GREENFIELD MILLICAN PC
44 Broad Street, NW, Suite 607
Atlanta, GA  30303
Telephone:  (404) 522-1122
Facsimile:  (404) 577-3600

- 4 -

**Attorneys for Plaintiff**

/s/ Sean K. McMahan
H. Douglas Hinson
Georgia Bar No. 356790
Sean K. McMahan
Georgia Bar No. 140861
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
T: 404-881-7000
F: 404-881-7777

**Attorneys for Defendants**

- 4 -

- 5 -

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C
## and CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was formatted in accordance with Local Rule 5.1C in Times New Roman font, 14 point type, and that on August 15th, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Lisa T. Millican | lisa.millican@lawofficepc.com |
| Ronen Sarraf | ronen@sarrafgentile.com |
| Kenneth J. Vianale | kvianale@vianalelaw.com |
| Thomas J. McKenna | tjmckenna@gaineyandmckenna.com |

    /s/ Sean K. McMahan
Georgia Bar No. 140861
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777
Email sean.mcmahan@alston.com

Counsel for Defendants